IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BENJAMIN CURTIS BIVINS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-258 (TES-MSH) |
| | * |
| CITY OF MACON GA, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of September, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk